DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| 386P14 | Trillium Ridge Condominium Association, Inc. v. Trillium Links & Village, LLC; Trillium Construction Company, LLC; Shamburger Design Studio, P.C.; Shamburger Design, Inc. (FKA Shamburger Design Studio, Inc.); S.C. Culbreth, Jr.; and Gregory A. Ward | 1. Defs' (S.C. Culbreth, Jr. and Gregory A. Ward) PDR Under N.C.G.S. § 7A-31 (COA14-183) | 1. Denied |
| | | 2. Def's (Trillium Construction Company, LLC) PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's (Trillium Links & Village, LLC) PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as Moot |
| | | ·5. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 5. Dismissed as Moot |
| | | | **Ervin, J., recused** |
| 390P14 | Kim Casola, Antonio Casola, A Casola Motorsports, LLC, d/b/a Tri-County Motor Speedway v. Caldwell County, North Carolina | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-177) | 1. Denied |
| | | 2. Def's Motion for Leave to Amend Response to PDR | 2. Allowed |
| 404P14 | State v. Creig Wiand Bryant | Def's PWC to Review Decision of the COA (COA13-1384) | Denied |
| | | | **Ervin, J., recused** |
| 406P14 | Lifestore Bank, f/k/a AF Bank v. Mingo Tribal Preservation Trust Dated January 4, 1993. et al. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-46) | 1. Denied |
| | | 2. Def's Motion to Supplement PDR | 2. Allowed |
| | | | **Ervin, J., recused** |
| 407P14-2 | State v. Dwain Cornelius Ferrell | 1. Def's *Pro Se* Motion for Petition to Amend | 1. Dismissed |
| | | 2. Def's *Pro Se* PWC to Review Order of the COA (COA14-742) | 2. Dismissed |
| 416P14 | State v. Santonio Thurman Jenrette | 1. Def's NOA Based Upon a Constitutional Question (COA13-1353) | 1. Dismissed *ex mero motu* |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 420P14 | State v. William Anthony Shown | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Guilford County | 1. Dismissed without prejudice |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |